**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 12-21867 |
| | § | |
| RAYMOND J KOSTALEK | § | |
| JOYCE A KOSTALEK | § | |
| | § | |
| Debtors | § | |

# TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 05/30/2012. The undersigned trustee was appointed on 05/30/2012.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. § 704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of $28,195.87

Funds were disbursed in the following amounts:

| | |
|---|---|
| Payments made under an interim distribution | $0.00 |
| Administrative expenses | $3,101.15 |
| Bank service fees | $410.46 |
| Other Payments to creditors | $0.00 |
| Non-estate funds paid to 3rd Parties | $0.00 |
| Exemptions paid to the debtor | $0.00 |
| Other payments to the debtor | $0.00 |
| Leaving a balance on hand of[1] | $24,684.26 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

[1] The balance on funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursements will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

6. The deadline for filing non-governmental claims in this case was 11/28/2012 and the deadline for filing government claims was 11/28/2012. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $3,569.59. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $3,569.59, for a total compensation of $3,569.59[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00, and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 11/12/2014 By: /s/ Horace Fox, Jr.
Trustee

**STATEMENT:** This Uniform form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

**Case No.:** 12-21867
**Case Name:** KOSTALEK, RAYMOND J AND KOSTALEK, JOYCE A
**For the Period Ending:** 11/12/2014

**Trustee Name:** Horace Fox, Jr.
**Date Filed (f) or Converted (c):** 05/30/2012 (f)
**§341(a) Meeting Date:** 07/23/2012
**Claims Bar Date:** 11/28/2012

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | Real estate located at 2 Stonegate Lane, Streamwood, Illinois 60107 Single-family residence Value according to comparative market analysis | $169,900.00 | $0.00 | | $0.00 | FA |
| 2 | Checking account with Harris Bank | $100.00 | $0.00 | | $0.00 | FA |
| 3 | Savings account with Harris Bank | $1,138.99 | $0.00 | | $0.00 | FA |
| 4 | Miscellaneous used household goods | $750.00 | $0.00 | | $0.00 | FA |
| 5 | Personal used clothing | $750.00 | $0.00 | | $0.00 | FA |
| 6 | AXA Equitable whole life insurance policy with a cash surrender value of $17,316.96 Minus outstanding loan balance of $7,503.29 | $9,813.67 | $9,813.67 | | $9,570.87 | FA |
| 7 | 2003 Chrysler PT Cruiser with 145,000 miles | $2,199.00 | $87.99 | | $0.00 | FA |
| 8 | 1969 Plymouth Road Runner with 85,815 miles, no transmission. | $14,100.00 | $14,100.00 | | $18,625.00 | FA |
| **Asset Notes:** | Although car has no transmission, internet sites and Chris Matsakis, upon inspection, thought it had value to the estate. Sold 8.10.14, 18,625.00 on E-Bay. auctioneer gets 12% sales price plus expenses (179.00 towing and 350.00 storage) net deposit 15861.00 | | | | | |
| 9 | 1968 Plymouth Barracuda with 55,592 miles Value according to www.nada.com (average retail value) | $8,700.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | wild card and other exemption. | | | | | |
| **TOTALS (Excluding unknown value)** | | **$207,451.66** | **$24,001.66** | | **$28,195.87** | **Gross Value of Remaining Assets** **$0.00** |

**Major Activities affecting case closing:**

Check for 69 Roadrunner received and deposited 10.3.14
Chris Matsakis, auctioneer indicated the check should be in my hands by 10.01.14
Funds for car have paid in escrow during inspection period of car. 9.18.14
Roadrunner sold, not yet taken possession of by buyer. Pick up set for this week. 9.8.14

**Case No.:** 12-21867
**Case Name:** KOSTALEK, RAYMOND J AND KOSTALEK, JOYCE A
**For the Period Ending:** 11/12/2014

**Trustee Name:** Horace Fox, Jr.
**Date Filed (f) or Converted (c):** 05/30/2012 (f)
**§341(a) Meeting Date:** 07/23/2012
**Claims Bar Date:** 11/28/2012

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description (Scheduled and Unscheduled (u) Property)** | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

Title to 1969 Plymouth Road Runner found. 7.29.14, set sale.
Must get court order showing myself as owner of 1969 Road Runner to get a duplicate title to sell vehicle. 7.28.14
1969 Road Runner (no engine or transmission) is ready for sale in possession of auctioneer, but needs replacement title. 7.23.14
Called (630-954-6883) AXA Equitable, John Gann, policy # 70-100-415, to determine what procedure is necessary to get cash value of policy (vm).

Sent demand letter re: the 1969 Roadrunner re: insurance and title to show who are the owners.7.24.12 The car has no engine or transmission and would be burdensome to other creditors to use the funds from the whole life policy to repair it. Have someone look at it. Debtor has no funds with which to make an offer.

Faxed request to distribute funds from insurance policy to AXA ins 8.7.12.

See if there is a market for engineless, transmissionless 1969 Plymouth Roadrunner with 87000 miles. Check internet sources first.10.09.12

Mr. de 'Medici has a source who might be able to value an engineless, transmissionless 1969 Plymouth Roadrunner.12.7.12

Initial inspection of 1969 Plymouth Roadrunner indicated it may be worth 5,000 to 15,000 without operable transmission and engine. List.1.13.13

Requested status report from Mr. Matsakis on towing and listing for sale. 1.28.13

1969 Plymouth Road Runner, inspected by Chris Matsakis, who believes there is value ( 5,000-15,000) as it sits without a functioning engine or transmission. Asked him to retrieve car and sell it. 2.07.13

Confirmed that car will be towed, it is not drivable. 3.23.13

Roadrunner in hands of Chgo Liquidators, sign contract to sell, get court approval, appoint auctionneer. 5.11.13

Ask motion to appoint Chgo Liquidators to sell Roadrunner. 7.28.13
Car in hands of my agent Chgo Liquidators 8.1.13

Motion to hire Mr. Matsakis to sell 1969 Plymouth Roadrunner set 3.26.14, granted.

Mr. Matsakis has possession of the Roadrunner and it has been prepares for sale. I have again requested the title from debtor's attorney, Mr. Davidson. 6.27.14

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**



Exhibit A

**Case No.:** 12-21867
**Case Name:** KOSTALEK, RAYMOND J AND KOSTALEK, JOYCE A
**For the Period Ending:** 11/12/2014

**Trustee Name:** Horace Fox, Jr.
**Date Filed (f) or Converted (c):** 05/30/2012 (f)
**§341(a) Meeting Date:** 07/23/2012
**Claims Bar Date:** 11/28/2012

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description (Scheduled and Unscheduled (u) Property)** | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

**Initial Projected Date Of Final Report (TFR):** 11/30/2013

**Current Projected Date Of Final Report (TFR):** 10/24/2014

/s/ HORACE FOX, JR.

HORACE FOX, JR.

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | | |
|---|---|---|---|
| **Case No.** | 12-21867 | **Trustee Name:** | Horace Fox, Jr. |
| **Case Name:** | KOSTALEK, RAYMOND J AND KOSTALEK, JOYCE A | **Bank Name:** | Green Bank |
| **Primary Taxpayer ID #:** | **-***4998 | **Checking Acct #:** | ******6701 |
| **Co-Debtor Taxpayer ID #:** | **-***4999 | **Account Title:** | |
| **For Period Beginning:** | 5/30/2012 | **Blanket bond (per case limit):** | $5,000,000.00 |
| **For Period Ending:** | 11/12/2014 | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| 08/28/2012 | (6) | AXE Equitable Life Insurance Company | Whole cash value life insurance. | 1110-000 | $9,570.87 | | $9,570.87 |
| 08/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $2.98 | $9,567.89 |
| 09/28/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $13.44 | $9,554.45 |
| 10/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $15.41 | $9,539.04 |
| 11/30/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $15.88 | $9,523.16 |
| 12/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $14.37 | $9,508.79 |
| 01/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $15.34 | $9,493.45 |
| 02/05/2013 | 5001 | International Sureties, Ltd. | Bond Payment | 2300-000 | | $11.26 | $9,482.19 |
| 02/28/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $13.82 | $9,468.37 |
| 03/29/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $15.27 | $9,453.10 |
| 04/30/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $14.76 | $9,438.34 |
| 05/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $16.21 | $9,422.13 |
| 06/28/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $13.73 | $9,408.40 |
| 07/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $15.18 | $9,393.22 |
| 08/30/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $16.13 | $9,377.09 |
| 09/30/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $13.66 | $9,363.43 |
| 10/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $15.10 | $9,348.33 |
| 11/29/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $15.08 | $9,333.25 |
| 12/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $14.57 | $9,318.68 |
| 01/31/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $16.00 | $9,302.68 |
| 02/28/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $13.55 | $9,289.13 |
| 03/31/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $14.02 | $9,275.11 |
| 04/01/2014 | 5002 | INTERNATIONAL SURETIES LTD | Bond Payment | 2300-000 | | $7.89 | $9,267.22 |
| 04/30/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $14.47 | $9,252.75 |
| 05/30/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $15.41 | $9,237.34 |
| 06/30/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $13.94 | $9,223.40 |
| 07/31/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $14.88 | $9,208.52 |
| 08/29/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $15.33 | $9,193.19 |
| | | | | **SUBTOTALS** | $9,570.87 | $377.68 | |

 Exhibit B

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | | |
|---|---|---|---|
| **Case No.** | 12-21867 | **Trustee Name:** | Horace Fox, Jr. |
| **Case Name:** | KOSTALEK, RAYMOND J AND KOSTALEK, JOYCE A | **Bank Name:** | Green Bank |
| **Primary Taxpayer ID #:** | **-***4998 | **Checking Acct #:** | ******6701 |
| **Co-Debtor Taxpayer ID #:** | **-***4999 | **Account Title:** | |
| **For Period Beginning:** | 5/30/2012 | **Blanket bond (per case limit):** | $5,000,000.00 |
| **For Period Ending:** | 11/12/2014 | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| 09/30/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $13.87 | $9,179.32 |
| 10/03/2014 | | Deal Genius | Chris Matsakis, upon inspection, thought it had value to the estate. Sold 8.10.14, 18,625.00 on E-Bay. auctioneer gets 12% sales price plus expenses(179.00 towing and 350.00 storage) net deposit 15861.00 | * | $15,861.00 | | $25,040.32 |
| | {8} | | $18,625.00 | 1129-000 | | | $25,040.32 |
| | | | $(529.00) | 3620-000 | | | $25,040.32 |
| | | | $(2,235.00) | 3610-000 | | | $25,040.32 |
| 10/24/2014 | 5003 | Illinois Dept of Revenue | | 2990-000 | | $318.00 | $24,722.32 |
| 10/31/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $38.06 | $24,684.26 |

| | | | |
|---|---|---|---|
| **TOTALS:** | $25,431.87 | $747.61 | $24,684.26 |
| **Less: Bank transfers/CDs** | $0.00 | $0.00 | |
| **Subtotal** | $25,431.87 | $747.61 | |
| **Less: Payments to debtors** | $0.00 | $0.00 | |
| **Net** | $25,431.87 | $747.61 | |

**For the period of 5/30/2012 to 11/12/2014**

| | |
|---|---|
| Total Compensable Receipts: | $28,195.87 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $28,195.87 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $3,511.61 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $3,511.61 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 08/28/2012 to 11/12/2014**

| | |
|---|---|
| Total Compensable Receipts: | $28,195.87 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $28,195.87 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $3,511.61 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $3,511.61 |
| Total Internal/Transfer Disbursements: | $0.00 |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | | |
|---|---|---|---|
| **Case No.** | 12-21867 | **Trustee Name:** | Horace Fox, Jr. |
| **Case Name:** | KOSTALEK, RAYMOND J AND KOSTALEK, JOYCE A | **Bank Name:** | Green Bank |
| **Primary Taxpayer ID #:** | **-***4998 | **Checking Acct #:** | ******6701 |
| **Co-Debtor Taxpayer ID #:** | **-***4999 | **Account Title:** | |
| **For Period Beginning:** | 5/30/2012 | **Blanket bond (per case limit):** | $5,000,000.00 |
| **For Period Ending:** | 11/12/2014 | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |

| **TOTAL - ALL ACCOUNTS** | **NET DEPOSITS** | **NET DISBURSE** | **ACCOUNT BALANCES** |
|---|---|---|---|
| | $25,431.87 | $747.61 | $24,684.26 |

**For the period of 5/30/2012 to 11/12/2014**

| | |
|---|---|
| Total Compensable Receipts: | $28,195.87 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $28,195.87 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $3,511.61 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $3,511.61 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 05/30/2012 to 11/12/2014**

| | |
|---|---|
| Total Compensable Receipts: | $28,195.87 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $28,195.87 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $3,511.61 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $3,511.61 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ HORACE FOX, JR.

HORACE FOX, JR.

# CLAIM ANALYSIS REPORT



Exhibit C

**Case No.** 12-21867
**Case Name:** KOSTALEK, RAYMOND J AND KOSTALEK, JOYCE A
**Claims Bar Date:** 11/28/2012

**Trustee Name:** Horace Fox, Jr.
**Date:** 11/12/2014

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | HORACE FOX, JR.<br><br>6 East Monroe<br>Suite 1004<br>Chicago IL 60603 | 03/18/2014 | Trustee Compensation | Allowed | 2100-000 | $0.00 | $3,569.59 | $3,569.59 | $0.00 | $0.00 | $0.00 | $3,569.59 |
| | DEAL GENIUS<br><br>1830 N. Beasley CT<br>Chicago IL 60642 | 03/27/2014 | Auctioneer for Trustee Expenses | Allowed | 3620-000 | $0.00 | $529.00 | $529.00 | $529.00 | $0.00 | $0.00 | $0.00 |
| | LOIS WEST, POPOWCER KATTEN LTD.<br><br>35 E. Wacker, #1550<br>Chicago IL 60601-2207 | 10/21/2014 | Accountant for Trustee Fees (Other Firm) | Allowed | 3410-000 | $0.00 | $955.50 | $955.50 | $0.00 | $0.00 | $0.00 | $955.50 |
| | BRUCE DE 'MEDICI<br><br>834 Forest Street<br>Oak Park IL 60302 | 08/01/2014 | Attorney for Trustee Fees (Other Firm) | Allowed | 3210-000 | $0.00 | $2,872.50 | $2,872.50 | $0.00 | $0.00 | $0.00 | $2,872.50 |
| | DEAL GENIUS<br><br>1830 N. Beasley Ct<br>Chicago IL 60642 | 03/27/2014 | Auctioneer for Trustee Fees | Allowed | 3610-000 | $0.00 | $2,235.00 | $2,235.00 | $2,235.00 | $0.00 | $0.00 | $0.00 |

**Claim Notes:** 3.26.14 order approved paying Chicago Liquidators 12% and expenses out of proceeds, without further order of Court.

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | ILLINOIS DEPT OF REVENUE<br><br>POB 19053<br>Springfield IL 62794-9053 | 10/24/2014 | Other Chapter 7 Administrative Expense | Allowed | 2990-000 | $0.00 | $318.00 | $318.00 | $318.00 | $0.00 | $0.00 | $0.00 |

**Claim Notes:** Post petition Illinois taxes for period 1.1.14 to 10.15.14

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | PYOD, LLC ITS SUCCESSORS AND ASSIGNS AS ASSIGNEE<br>of Citibank<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville SC 29602 | 09/01/2012 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $11,742.40 | $11,742.40 | $0.00 | $0.00 | $0.00 | $11,742.40 |

**Case No.** 12-21867
**Case Name:** KOSTALEK, RAYMOND J AND KOSTALEK, JOYCE A
**Claims Bar Date:** 11/28/2012

**Trustee Name:** Horace Fox, Jr.
**Date:** 11/12/2014

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2 | PYOD, LLC ITS SUCCESSORS AND ASSIGNS AS ASSIGNEE of Citibank Resurgent Capital Services PO Box 19008 Greenville SC 29602 | 09/01/2012 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $515.69 | $515.69 | $0.00 | $0.00 | $0.00 | $515.69 |
| 3 | PYOD, LLC ITS SUCCESSORS AND ASSIGNS AS ASSIGNEE of Citibank Resurgent Capital Services PO Box 19008 Greenville SC 29602 | 09/01/2012 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $16,599.80 | $16,599.80 | $0.00 | $0.00 | $0.00 | $16,599.80 |
| 4 | PYOD, LLC ITS SUCCESSORS AND ASSIGNS AS ASSIGNEE of Citibank Resurgent Capital Services PO Box 19008 Greenville SC 29602 | 09/01/2012 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $2,630.96 | $2,630.96 | $0.00 | $0.00 | $0.00 | $2,630.96 |
| 5 | DISCOVER BANK DB Servicing Corporation PO Box 3025 New Albany OH 43054-3025 | 09/04/2012 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $7,644.18 | $7,644.18 | $0.00 | $0.00 | $0.00 | $7,644.18 |
| 6 | FIRST NATIONAL BANK OF OMAHA 1620 Dodge Street Stop Co de 3105 | 09/07/2012 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $4,819.97 | $4,819.97 | $0.00 | $0.00 | $0.00 | $4,819.97 |
| 7 | FIRST NATIONAL BANK OF OMAHA 1620 Dodge Street Stop Co de 3105 | 09/07/2012 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $2,839.52 | $2,839.52 | $0.00 | $0.00 | $0.00 | $2,839.52 |

**CLAIM ANALYSIS REPORT**



Exhibit C

**Case No.** 12-21867
**Case Name:** KOSTALEK, RAYMOND J AND KOSTALEK, JOYCE A
**Claims Bar Date:** 11/28/2012

**Trustee Name:** Horace Fox, Jr.
**Date:** 11/12/2014

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 8 | FIRST NATIONAL BANK OF OMAHA 1620 Dodge Street Stop Co de 3105 | 09/07/2012 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $4,424.27 | $4,424.27 | $0.00 | $0.00 | $0.00 | $4,424.27 |
| 9 | FIA CARD SERVICES, N.A. 4161 Piedmont Parkway NC4 105 03 14 Greensboro NC 27410 | 09/17/2012 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $4,831.95 | $4,831.95 | $0.00 | $0.00 | $0.00 | $4,831.95 |
| 10 | FIA CARD SERVICES, N.A. 4161 Piedmont Parkway NC4 105 03 14 Greensboro NC 27410 | 09/17/2012 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $595.11 | $595.11 | $0.00 | $0.00 | $0.00 | $595.11 |
| 11 | AMERICAN INFOSOURCE LP AS AGENT FOR Midland Funding LLC PO Box 268941 Oklahoma City OK 73126-8941 | 09/18/2012 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $3,672.76 | $3,672.76 | $0.00 | $0.00 | $0.00 | $3,672.76 |
| 12 | CAPITAL ONE BANK (USA), N.A. PO Box 71083 Charlotte NC 28272-1083 | 09/21/2012 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $5,652.52 | $5,652.52 | $0.00 | $0.00 | $0.00 | $5,652.52 |
| 13 | CAPITAL ONE BANK (USA), N.A. PO Box 71083 Charlotte NC 28272-1083 | 09/21/2012 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $9,482.05 | $9,482.05 | $0.00 | $0.00 | $0.00 | $9,482.05 |
| 14 | CAPITAL ONE BANK (USA), N.A. PO Box 71083 Charlotte NC 28272-1083 | 09/21/2012 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $1,852.80 | $1,852.80 | $0.00 | $0.00 | $0.00 | $1,852.80 |
| 15 | CAPITAL ONE BANK (USA), N.A. PO Box 71083 Charlotte NC 28272-1083 | 09/21/2012 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $6,460.69 | $6,460.69 | $0.00 | $0.00 | $0.00 | $6,460.69 |

**CLAIM ANALYSIS REPORT**



Exhibit C

**Case No.** 12-21867
**Case Name:** KOSTALEK, RAYMOND J AND KOSTALEK, JOYCE A
**Claims Bar Date:** 11/28/2012

**Trustee Name:** Horace Fox, Jr.
**Date:** 11/12/2014

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 16 | AMERICAN EXPRESS CENTURION BANK<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern PA 19355-0701 | 11/02/2012 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $999.00 | $999.00 | $0.00 | $0.00 | $0.00 | $999.00 |
| **Claim Notes:** | (16-1) CREDIT CARD DEBT | | | | | | | | | | | |
| 17 | AMERICAN EXPRESS BANK, FSB<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern PA 19355-0701 | 11/06/2012 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $25,074.19 | $25,074.19 | $0.00 | $0.00 | $0.00 | $25,074.19 |
| **Claim Notes:** | (17-1) CREDIT CARD DEBT | | | | | | | | | | | |
| 18 | AMERICAN EXPRESS BANK, FSB<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern PA 19355-0701 | 11/06/2012 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $1,205.17 | $1,205.17 | $0.00 | $0.00 | $0.00 | $1,205.17 |
| **Claim Notes:** | (18-1) CREDIT CARD DEBT | | | | | | | | | | | |
| | | | | | | | **$121,522.62** | **$121,522.62** | **$3,082.00** | **$0.00** | **$0.00** | **$118,440.62** |

**CLAIM ANALYSIS REPORT**



Exhibit C

**Case No.** 12-21867
**Case Name:** KOSTALEK, RAYMOND J AND KOSTALEK, JOYCE A
**Claims Bar Date:** 11/28/2012

**Trustee Name:** Horace Fox, Jr.
**Date:** 11/12/2014

**CLAIM CLASS SUMMARY TOTALS**

| Claim Class | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|
| Accountant for Trustee Fees (Other Firm) | $955.50 | $955.50 | $0.00 | $0.00 | $0.00 | $955.50 |
| Attorney for Trustee Fees (Other Firm) | $2,872.50 | $2,872.50 | $0.00 | $0.00 | $0.00 | $2,872.50 |
| Auctioneer for Trustee Expenses | $529.00 | $529.00 | $529.00 | $0.00 | $0.00 | $0.00 |
| Auctioneer for Trustee Fees | $2,235.00 | $2,235.00 | $2,235.00 | $0.00 | $0.00 | $0.00 |
| General Unsecured 726(a)(2) | $111,043.03 | $111,043.03 | $0.00 | $0.00 | $0.00 | $111,043.03 |
| Other Chapter 7 Administrative Expense | $318.00 | $318.00 | $318.00 | $0.00 | $0.00 | $0.00 |
| Trustee Compensation | $3,569.59 | $3,569.59 | $0.00 | $0.00 | $0.00 | $3,569.59 |

Exhibit D

**TRUSTEE'S PROPOSED DISTRIBUTION**

Case No.: 12-21867
Case Name: RAYMOND J KOSTALEK
JOYCE A KOSTALEK
Trustee Name: Horace Fox, Jr.

Balance on hand: $24,684.26

Claims of secured creditors will be paid as follows: NONE

Total to be paid to secured creditors: $0.00
Remaining balance: $24,684.26

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| **Reason/Applicant** | **Total Requested** | **Interim Payments to Date** | **Proposed Payment** |
|---|---|---|---|
| Horace Fox, Jr., Trustee Fees | $3,569.59 | $0.00 | $3,569.59 |
| Bruce de 'Medici, Attorney for Trustee Fees | $2,872.50 | $0.00 | $2,872.50 |
| Lois West, Popowcer Katten Ltd., Accountant for Trustee Fees | $955.50 | $0.00 | $955.50 |

Total to be paid for chapter 7 administrative expenses: $7,397.59
Remaining balance: $17,286.67

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

Total to be paid to prior chapter administrative expenses: $0.00
Remaining balance: $17,286.67

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

Total to be paid to priority claims: $0.00
Remaining balance: $17,286.67

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $111,043.03 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 15.6 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | PYOD, LLC its successors and assigns as assignee | $11,742.40 | $0.00 | $1,828.00 |
| 2 | PYOD, LLC its successors and assigns as assignee | $515.69 | $0.00 | $80.28 |
| 3 | PYOD, LLC its successors and assigns as assignee | $16,599.80 | $0.00 | $2,584.18 |
| 4 | PYOD, LLC its successors and assigns as assignee | $2,630.96 | $0.00 | $409.58 |
| 5 | Discover Bank | $7,644.18 | $0.00 | $1,190.01 |
| 6 | First National Bank of Omaha | $4,819.97 | $0.00 | $750.35 |
| 7 | First National Bank of Omaha | $2,839.52 | $0.00 | $442.04 |
| 8 | First National Bank of Omaha | $4,424.27 | $0.00 | $688.75 |
| 9 | FIA CARD SERVICES, N.A. | $4,831.95 | $0.00 | $752.22 |
| 10 | FIA CARD SERVICES, N.A. | $595.11 | $0.00 | $92.64 |
| 11 | American InfoSource LP as agent for | $3,672.76 | $0.00 | $571.76 |
| 12 | Capital One Bank (USA), N.A. | $5,652.52 | $0.00 | $879.96 |
| 13 | Capital One Bank (USA), N.A. | $9,482.05 | $0.00 | $1,476.12 |
| 14 | Capital One Bank (USA), N.A. | $1,852.80 | $0.00 | $288.44 |
| 15 | Capital One Bank (USA), N.A. | $6,460.69 | $0.00 | $1,005.77 |
| 16 | American Express Centurion Bank | $999.00 | $0.00 | $155.52 |
| 17 | American Express Bank, FSB | $25,074.19 | $0.00 | $3,903.43 |
| 18 | American Express Bank, FSB | $1,205.17 | $0.00 | $187.62 |

| | |
|---|---|
| Total to be paid to timely general unsecured claims: | $17,286.67 |
| Remaining balance: | $0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims

have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

| | |
|---|---|
| Total to be paid to tardily filed general unsecured claims: | $0.00 |
| Remaining balance: | $0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

| | |
|---|---|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |