**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 12-21867 |
| | § | |
| RAYMOND J KOSTALEK | § | |
| JOYCE A KOSTALEK | § | |
| | § | |
| Debtor(s) | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATION FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Horace Fox, Jr., trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 S. Dearborn, Room 713, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 a.m. on 01/22/2015, in Courtroom 742, United States Courthouse, 219 S. Dearborn, Chicago, IL 60604. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:  12/31/2014            By:  /s/ Horace Fox, Jr.
                                              Trustee

Horace Fox, Jr.
6 East Monroe
Suite 1004
Chicago, IL, 60603

UST Form 101-7-NFR (10/1/2010)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 12-21867 |
| | § | |
| RAYMOND J KOSTALEK | § | |
| JOYCE A KOSTALEK | § | |
| | § | |
| Debtor(s) | § | |

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

*The Final Report shows receipts of* $28,195.87
*and approved disbursements of* $3,547.63
*leaving a balance on hand of[1] :* $24,648.24

Claims of secured creditors will be paid as follows: NONE

Total to be paid to secured creditors: $0.00
Remaining balance: $24,648.24

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Horace Fox, Jr., Trustee Fees | $3,569.59 | $0.00 | $3,569.59 |
| Bruce de 'Medici, Attorney for Trustee Fees | $2,872.50 | $0.00 | $2,872.50 |
| Lois West, Popowcer Katten Ltd., Accountant for Trustee Fees | $955.50 | $0.00 | $955.50 |

Total to be paid for chapter 7 administrative expenses: $7,397.59
Remaining balance: $17,250.65

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

|  | Total to be paid to prior chapter administrative expenses: | $0.00 |
|---|---:|---:|
|  | Remaining balance: | $17,250.65 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

|  | Total to be paid to priority claims: | $0.00 |
|---|---:|---:|
|  | Remaining balance: | $17,250.65 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $111,043.03 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 15.6 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---:|---|---:|---:|---:|
| 1 | PYOD, LLC its successors and assigns as assignee | $11,742.40 | $0.00 | $1,828.00 |
| 2 | PYOD, LLC its successors and assigns as assignee | $515.69 | $0.00 | $80.28 |
| 3 | PYOD, LLC its successors and assigns as assignee | $16,599.80 | $0.00 | $2,584.18 |
| 4 | PYOD, LLC its successors and assigns as assignee | $2,630.96 | $0.00 | $409.58 |
| 5 | Discover Bank | $7,644.18 | $0.00 | $1,190.01 |
| 6 | First National Bank of Omaha | $4,819.97 | $0.00 | $750.35 |
| 7 | First National Bank of Omaha | $2,839.52 | $0.00 | $442.04 |
| 8 | First National Bank of Omaha | $4,424.27 | $0.00 | $688.75 |
| 9 | FIA CARD SERVICES, N.A. | $4,831.95 | $0.00 | $752.22 |
| 10 | FIA CARD SERVICES, N.A. | $595.11 | $0.00 | $92.64 |
| 11 | American InfoSource LP as agent for | $3,672.76 | $0.00 | $571.76 |
| 12 | Capital One Bank (USA), N.A. | $5,652.52 | $0.00 | $879.96 |

UST Form 101-7-NFR (10/1/2010)

| | | | | |
|---|---|---|---|---|
| 13 | Capital One Bank (USA), N.A. | $9,482.05 | $0.00 | $1,476.12 |
| 14 | Capital One Bank (USA), N.A. | $1,852.80 | $0.00 | $288.44 |
| 15 | Capital One Bank (USA), N.A. | $6,460.69 | $0.00 | $1,005.77 |
| 16 | American Express Centurion Bank | $999.00 | $0.00 | $155.52 |
| 17 | American Express Bank, FSB | $25,074.19 | $0.00 | $3,903.43 |
| 18 | American Express Bank, FSB | $1,205.17 | $0.00 | $187.62 |

        Total to be paid to timely general unsecured claims:      $17,286.67
        Remaining balance:      $0.00

    Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

    Tardily filed general (unsecured) claims are as follows: NONE

        Total to be paid to tardily filed general unsecured claims:      $0.00
        Remaining balance:      $0.00

    Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

    Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

        Total to be paid for subordinated claims:      $0.00
        Remaining balance:      $0.00

        Prepared By:  /s/ Horace Fox, Jr.
        Trustee

Horace Fox, Jr.
6 East Monroe
Suite 1004

**UST Form 101-7-NFR (10/1/2010)**

Chicago, IL, 60603


STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                              Case No. 12-21867-CAD
Raymond J Kostalek                                                  Chapter 7
Joyce A Kostalek
       Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: mhenley              Page 1 of 2               Date Rcvd: Jan 07, 2015
                              Form ID: pdf006            Total Noticed: 24

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 09, 2015.
```
db/jdb         +Raymond J Kostalek,    Joyce A Kostalek,    2 Stonegate Ln.,    Streamwood, IL 60107-1684
18970805       +American Express,    American Express Special Research,    Po Box 981540,
                 El Paso, TX 79998-1540
19659640        American Express Bank, FSB,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
19650914        American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
18970806       +Amex,   American Express Special Research,    Po Box 981540,    El Paso, TX 79998-1540
18970808      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                (address filed with court:  Bank Of America,    Attention: Recovery Department,
                 4161 Peidmont Pkwy.,    Greensboro, NC 27410)
18970812      ++CITIBANK,   PO BOX 790034,    ST LOUIS MO 63179-0034
                (address filed with court:  Citibank Sd, Na,    Attn: Centralized Bankruptcy,    Po Box 20507,
                 Kansas City, MO 64195)
19469256        Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
18970809       +Capital One, N.a.,    Capital One Bank (USA) N.A.,    Po Box 30285,
                 Salt Lake City, UT 84130-0285
18970810       +Chase,   201 N. Walnut St//De1-1027,    Wilmington, DE 19801-2920
18970811       +Chase,   Po Box 15298,    Wilmington, DE 19850-5298
19449478        FIA CARD SERVICES, N.A.,    4161 Piedmont Parkway,    NC4 105 03 14,    Greensboro, NC 27410
18970814       +First National Bank Credit Card Center,    Attention:  Bankruptcy Department,
                 1620 Dodge St. Stop Code: 3105,    Omaha, NE 68175-0001
19415020       +First National Bank of Omaha,    1620 Dodge Street Stop Code 3105,    Omaha Ne 68197-0002
18970815       +Hsbc Nv,   Attention: Bankruptcy,    Po Box 5213,    Carol Stream, IL 60197-5213
18970817       +Ncb/cols,    Pnc Bank/Attn: Bankruptcy,    Po Box 5570,    Cleveland, OH 44101-0570
18970818       +Sears/cbna,    Po Box 6282,    Sioux Falls, SD 57117-6282
18970820       +Wellsfargo,    800 Walnut St,    Des Moines, IA 50309-3605
18970821       +Wf Fin Bank,    Wells Fargo Financial,    4137 121st St,    Urbandale, IA 50323-2310
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
19452274        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jan 08 2015 01:40:29
                 American InfoSource LP as agent for,    Midland Funding LLC,    PO Box 268941,
                 Oklahoma City, OK  73126-8941
19398523        E-mail/PDF: mrdiscen@discoverfinancial.com Jan 08 2015 01:39:35      Discover Bank,
                 DB Servicing Corporation,    PO Box 3025,    New Albany, OH  43054-3025
18970813       +E-mail/PDF: mrdiscen@discoverfinancial.com Jan 08 2015 01:39:35      Discover Fin,
                 Attention: Bankruptcy Department,    Po Box 3025,    New Albany, OH 43054-3025
18970816       +E-mail/Text: bnckohlsnotices@becket-lee.com Jan 08 2015 01:31:14      Kohls/capone,
                 N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-7096
19397590       +E-mail/PDF: resurgentbknotifications@resurgent.com Jan 08 2015 01:39:29
                 PYOD, LLC its successors and assigns as assignee,    of Citibank,    Resurgent Capital Services,
                 PO Box 19008,    Greenville, SC 29602-9008
                                                                                              TOTAL: 5
```

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
aty             Lois West
aty             Popowcer Katten Ltd
19659641*       American Express Bank, FSB,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
18970807*      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                (address filed with court:  Bank Of America,    Po Box 982238,    El Paso, TX 79998)
18970819*      ++CITIBANK,   PO BOX 790034,    ST LOUIS MO 63179-0034
                (address filed with court:  Unvl/citi,    Attn.: Centralized  Bankruptcy,    Po Box 20507,
                 Kansas City, MO 64195)
18970822      ##+Zwicker & Associates,    7366 N. Lincoln Ave., Ste. 404,    Lincolnwood, IL 60712-1741
                                                                                   TOTALS: 2, * 3, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0752-1          User: mhenley              Page 2 of 2             Date Rcvd: Jan 07, 2015
                              Form ID: pdf006            Total Noticed: 24
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 09, 2015                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 31, 2014 at the address(es) listed below:
              Bruce E de'Medici    on behalf of Trustee Horace  Fox, JR bdemedici@gmail.com
              Horace  Fox, JR    foxhorace@aol.com,
               hf@trustesolutions.net;hf@trustesolutions.com;mmedina@lehmanfox.com
              Jason  Blust    on behalf of Debtor Raymond J Kostalek jason.blust@clientfirstbankruptcy.com,
               courtnotices@clientfirstbankruptcy.com
              Jason  Blust    on behalf of Joint Debtor Joyce A Kostalek jason.blust@clientfirstbankruptcy.com,
               courtnotices@clientfirstbankruptcy.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                             TOTAL: 5
```