UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 12-21867 |
| | § | |
| RAYMOND J KOSTALEK | § | |
| JOYCE A KOSTALEK | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT
CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

   Horace Fox, Jr., chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

   1)   All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report.  The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law.  The trustee hereby requests to be discharged from further duties as a trustee.

   2)   A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $139,987.99 | Assets Exempt: | $43,550.00 |
| Total Distributions to Claimants: | $17,286.67 | Claims Discharged Without Payment: | $93,756.36 |
| Total Expenses of Administration: | $10,909.20 | | |

   3)   Total gross receipts of $28,195.87  (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $28,195.87 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $10,909.20 | $10,909.20 | $10,909.20 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $0.00 | $111,043.03 | $111,043.03 | $17,286.67 |
| **Total Disbursements** | $0.00 | $121,952.23 | $121,952.23 | $28,195.87 |

4). This case was originally filed under chapter 7 on 05/30/2012. The case was pending for 35 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 04/10/2015     By: /s/ Horace Fox, Jr.
                                        Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| AXA Equitable whole life insurance policy with a cash surrender value of $17,316.96 Minus outstanding loan balance of $7 | 1110-000 | $9,570.87 |
| 1969 Plymouth Road Runner with 85,815 miles, no transmission. | 1129-000 | $18,625.00 |
| **TOTAL GROSS RECEIPTS** | | **$28,195.87** |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES
NONE

### EXHIBIT 3 – SECURED CLAIMS
NONE

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Horace Fox, Jr., Trustee | 2100-000 | NA | $3,569.59 | $3,569.59 | $3,569.59 |
| INTERNATIONAL SURETIES LTD | 2300-000 | NA | $7.89 | $7.89 | $7.89 |
| International Sureties, Ltd. | 2300-000 | NA | $11.26 | $11.26 | $11.26 |
| Green Bank | 2600-000 | NA | $410.46 | $410.46 | $410.46 |
| Illinois Dept of Revenue | 2990-000 | NA | $318.00 | $318.00 | $318.00 |
| Bruce de 'Medici, Attorney for Trustee | 3210-000 | NA | $2,872.50 | $2,872.50 | $2,872.50 |
| Lois West, Popowcer Katten Ltd., Accountant for Trustee | 3410-000 | NA | $955.50 | $955.50 | $955.50 |
| Auctioneer for Trustee | 3610-000 | NA | $2,235.00 | $2,235.00 | $2,235.00 |
| Auctioneer for Trustee | 3620-000 | NA | $529.00 | $529.00 | $529.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $10,909.20 | $10,909.20 | $10,909.20 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES
NONE

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**
NONE

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | PYOD, LLC its successors and assigns as assignee | 7100-000 | $0.00 | $11,742.40 | $11,742.40 | $1,828.00 |
| 2 | PYOD, LLC its successors and assigns as assignee | 7100-000 | $0.00 | $515.69 | $515.69 | $80.28 |
| 3 | PYOD, LLC its successors and assigns as assignee | 7100-000 | $0.00 | $16,599.80 | $16,599.80 | $2,584.18 |
| 4 | PYOD, LLC its successors and assigns as assignee | 7100-000 | $0.00 | $2,630.96 | $2,630.96 | $409.58 |
| 5 | Discover Bank | 7100-000 | $0.00 | $7,644.18 | $7,644.18 | $1,190.01 |
| 6 | First National Bank of Omaha | 7100-000 | $0.00 | $4,819.97 | $4,819.97 | $750.35 |
| 7 | First National Bank of Omaha | 7100-000 | $0.00 | $2,839.52 | $2,839.52 | $442.04 |
| 8 | First National Bank of Omaha | 7100-000 | $0.00 | $4,424.27 | $4,424.27 | $688.75 |
| 9 | FIA CARD SERVICES, N.A. | 7100-000 | $0.00 | $4,831.95 | $4,831.95 | $752.22 |
| 10 | FIA CARD SERVICES, N.A. | 7100-000 | $0.00 | $595.11 | $595.11 | $92.64 |
| 11 | American InfoSource LP as agent for | 7100-000 | $0.00 | $3,672.76 | $3,672.76 | $571.76 |
| 12 | Capital One Bank (USA), N.A. | 7100-000 | $0.00 | $5,652.52 | $5,652.52 | $879.96 |
| 13 | Capital One Bank (USA), N.A. | 7100-000 | $0.00 | $9,482.05 | $9,482.05 | $1,476.12 |
| 14 | Capital One Bank (USA), N.A. | 7100-000 | $0.00 | $1,852.80 | $1,852.80 | $288.44 |
| 15 | Capital One Bank (USA), N.A. | 7100-000 | $0.00 | $6,460.69 | $6,460.69 | $1,005.77 |
| 16 | American Express Centurion Bank | 7100-000 | $0.00 | $999.00 | $999.00 | $155.52 |
| 17 | American Express Bank, FSB | 7100-000 | $0.00 | $25,074.19 | $25,074.19 | $3,903.43 |
| 18 | American Express Bank, FSB | 7100-000 | $0.00 | $1,205.17 | $1,205.17 | $187.62 |

**UST Form 101-7-TDR (10/1/2010)**

| **TOTAL GENERAL UNSECURED CLAIMS** | $0.00 | $111,043.03 | $111,043.03 | $17,286.67 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 1     Exhibit 8

| Case No.: | 12-21867 | Trustee Name: | Horace Fox, Jr. |
| Case Name: | KOSTALEK, RAYMOND J AND KOSTALEK, JOYCE A | Date Filed (f) or Converted (c): | 05/30/2012 (f) |
| For the Period Ending: | 4/10/2015 | §341(a) Meeting Date: | 07/23/2012 |
| | | Claims Bar Date: | 11/28/2012 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| **Ref. #** | | | | | |
| 1  Real estate located at 2 Stonegate Lane, Streamwood, Illinois 60107 Single-family residence Value according to comparative market analysis | $169,900.00 | $0.00 | | $0.00 | FA |
| 2  Checking account with Harris Bank | $100.00 | $0.00 | | $0.00 | FA |
| 3  Savings account with Harris Bank | $1,138.99 | $0.00 | | $0.00 | FA |
| 4  Miscellaneous used household goods | $750.00 | $0.00 | | $0.00 | FA |
| 5  Personal used clothing | $750.00 | $0.00 | | $0.00 | FA |
| 6  AXA Equitable whole life insurance policy with a cash surrender value of $17,316.96 Minus outstanding loan balance of $7,503.29 | $9,813.67 | $9,813.67 | | $9,570.87 | FA |
| 7  2003 Chrysler PT Cruiser with 145,000 miles | $2,199.00 | $87.99 | | $0.00 | FA |
| 8  1969 Plymouth Road Runner with 85,815 miles, no transmission. | $14,100.00 | $14,100.00 | | $18,625.00 | FA |
| Asset Notes:   Although car has no transmission, internet sites and Chris Matsakis, upon inspection, thought it had value to the estate.  Sold 8.10.14, 18,625.00 on E-Bay. auctioneer gets 12% sales price plus expenses (179.00 towing and 350.00 storage) net deposit 15861.00 | | | | | |
| 9  1968 Plymouth Barracuda with 55,592 miles Value according to www.nada.com (average retail value) | $8,700.00 | $0.00 | | $0.00 | FA |
| Asset Notes:    wild card and other exemption. | | | | | |

**TOTALS (Excluding unknown value)**                                           **Gross Value of Remaining Assets**

$207,451.66    $24,001.66    $28,195.87    $0.00

**Major Activities affecting case closing:**
   Awaiting zero balance statement to do final account. 3.30.15
   Final report  and notice filed 12.31.15
   Final report UST, 11.17.14
   Check for 69 Roadrunner received and deposited 10.3.14

Case 12-21867   Doc 45   Filed 05/04/15   Entered 05/04/15 15:17:07   Desc Main
Document   Page 7 of 14

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page No: 2    Exhibit 8

| Case No.: | 12-21867 | | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|---|
| Case Name: | KOSTALEK, RAYMOND J AND KOSTALEK, JOYCE A | | | Date Filed (f) or Converted (c): | 05/30/2012 (f) |
| For the Period Ending: | 4/10/2015 | | | §341(a) Meeting Date: | 07/23/2012 |
| | | | | Claims Bar Date: | 11/28/2012 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

Chris Matsakis, auctioneer indicated the check should be in my hands by 10.01.14

Funds for car have paid in escrow during inspection period of car. 9.18.14

Roadrunner sold, not yet taken possession of by buyer. Pick up set for this week. 9.8.14

Title to 1969 Plymouth Road Runner found. 7.29.14, set sale.

Must get court order showing myself as owner of 1969 Road Runner to get a duplicate title to sell vehicle. 7.28.14

1969 Road Runner (no engine or transmission) is ready for sale in possession of auctioneer, but needs replacement title. 7.23.14

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page No: 3     Exhibit 8

| Case No.: | 12-21867 | | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|---|
| Case Name: | KOSTALEK, RAYMOND J AND KOSTALEK, JOYCE A | | | Date Filed (f) or Converted (c): | 05/30/2012 (f) |
| For the Period Ending: | 4/10/2015 | | | §341(a) Meeting Date: | 07/23/2012 |
| | | | | Claims Bar Date: | 11/28/2012 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

Called (630-954-6883) AXA Equitable, John Gann, policy # 70-100-415, to determine what procedure is necessary to get cash value of policy (vm).

Sent demand letter re: the 1969 Roadrunner re: insurance and title to show who are the owners.7.24.12 The car has no engine or transmission and would be burdensome to other creditors to use the funds from the whole life policy to repair it. Have someone look at it. Debtor has no funds with which to make an offer.

Faxed request to distribute funds from insurance policy to AXA ins 8.7.12.

See if there is a market for engineless, transmissionless 1969 Plymouth Roadrunner with 87000 miles. Check internet sources first.10.09.12

Mr. de 'Medici has a source who might be able to value an engineless, transmissionless 1969 Plymouth Roadrunner.12.7.12

Initial inspection of 1969 Plymouth Roadrunner indicated it may be worth 5,000 to 15,000 without operable transmission and engine. List.1.13.13

Requested status report from Mr. Matsakis on towing and listing for sale. 1.28.13

1969 Plymouth Road Runner, inspected by Chris Matsakis, who believes there is value ( 5,000-15,000) as it sits without a functioning engine or transmission. Asked him to retrieve car and sell it. 2.07.13

Confirmed that car will be towed, it is not drivable. 3.23.13

Roadrunner in hands of Chgo Liquidators, sign contract to sell, get court approval, appoint auctionneer. 5.11.13

Ask motion to appoint Chgo Liquidators to sell Roadrunner. 7.28.13
Car in hands of my agent Chgo Liquidators 8.1.13

Motion to hire Mr. Matsakis to sell 1969 Plymouth Roadrunner set 3.26.14, granted.

Mr. Matsakis has possession of the Roadrunner and it has been prepares for sale. I have again requested the title from debtor's attorney, Mr. Davidson. 6.27.14

| **Initial Projected Date Of Final Report (TFR):** | 11/30/2013 | **Current Projected Date Of Final Report (TFR):** | 10/24/2014 | /s/ HORACE FOX, JR. |
|---|---|---|---|---|
| | | | | HORACE FOX, JR. |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 12-21867 | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|
| Case Name: | KOSTALEK, RAYMOND J AND KOSTALEK, JOYCE A | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***4998 | | Checking Acct #: | ******6701 |
| Co-Debtor Taxpayer ID #: | **-***4999 | | Account Title: | |
| For Period Beginning: | 5/30/2012 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 4/10/2015 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 08/28/2012 | (6) | AXE Equitable Life Insurance Company | Whole cash value life insurance. | 1110-000 | $9,570.87 | | $9,570.87 |
| 08/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $2.98 | $9,567.89 |
| 09/28/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $13.44 | $9,554.45 |
| 10/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $15.41 | $9,539.04 |
| 11/30/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $15.88 | $9,523.16 |
| 12/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $14.37 | $9,508.79 |
| 01/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $15.34 | $9,493.45 |
| 02/05/2013 | 5001 | International Sureties, Ltd. | Bond Payment | 2300-000 | | $11.26 | $9,482.19 |
| 02/28/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $13.82 | $9,468.37 |
| 03/29/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $15.27 | $9,453.10 |
| 04/30/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $14.76 | $9,438.34 |
| 05/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $16.21 | $9,422.13 |
| 06/28/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $13.73 | $9,408.40 |
| 07/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $15.18 | $9,393.22 |
| 08/30/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $16.13 | $9,377.09 |
| 09/30/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $13.66 | $9,363.43 |
| 10/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $15.10 | $9,348.33 |
| 11/29/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $15.08 | $9,333.25 |
| 12/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $14.57 | $9,318.68 |
| 01/31/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $16.00 | $9,302.68 |
| 02/28/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $13.55 | $9,289.13 |
| 03/31/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $14.02 | $9,275.11 |
| 04/01/2014 | 5002 | INTERNATIONAL SURETIES LTD | Bond Payment | 2300-000 | | $7.89 | $9,267.22 |
| 04/30/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $14.47 | $9,252.75 |
| 05/30/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $15.41 | $9,237.34 |
| 06/30/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $13.94 | $9,223.40 |
| 07/31/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $14.88 | $9,208.52 |
| 08/29/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $15.33 | $9,193.19 |
| | | | **SUBTOTALS** | | $9,570.87 | $377.68 | |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 12-21867 | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|
| Case Name: | KOSTALEK, RAYMOND J AND KOSTALEK, JOYCE A | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***4998 | | Checking Acct #: | ******6701 |
| Co-Debtor Taxpayer ID #: | **-***4999 | | Account Title: | |
| For Period Beginning: | 5/30/2012 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 4/10/2015 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 09/30/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $13.87 | $9,179.32 |
| 10/03/2014 | | Deal Genius | Chris Matsakis, upon inspection, thought it had value to the estate. Sold 8.10.14, 18,625.00 on E-Bay. auctioneer gets 12% sales price plus expenses(179.00 towing and 350.00 storage) net deposit 15861.00 | * | $15,861.00 | | $25,040.32 |
| | {8} | | $18,625.00 | 1129-000 | | | $25,040.32 |
| | | | $(529.00) | 3620-000 | | | $25,040.32 |
| | | | $(2,235.00) | 3610-000 | | | $25,040.32 |
| 10/24/2014 | 5003 | Illinois Dept of Revenue | | 2990-000 | | $318.00 | $24,722.32 |
| 10/31/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $38.06 | $24,684.26 |
| 11/28/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $36.02 | $24,648.24 |
| 01/22/2015 | 5004 | Horace Fox, Jr. | Trustee Compensation | 2100-000 | | $3,569.59 | $21,078.65 |
| 01/22/2015 | 5005 | Bruce de 'Medici | Final Account Number: ; Claim #: ; Dividend: 11.65; Amount Allowed: 2,872.50; Notes: ; Account Number: ; Distribution Dividend: {$v | 3210-000 | | $2,872.50 | $18,206.15 |
| 01/22/2015 | 5006 | Lois West, Popowcer Katten Ltd. | Final Account Number: ; Claim #: ; Dividend: 3.87; Amount Allowed: 955.50; Notes: ; Account Number: ; Distribution Dividend: {$v | 3410-000 | | $955.50 | $17,250.65 |
| 01/22/2015 | 5007 | PYOD, LLC its successors and assigns as assignee | Final Account Number: ; Claim #: 4; Dividend: 1.65; Amount Allowed: 2,630.96; Notes: ; Account Number: ; Distribution Dividend: {$v | 7100-000 | | $409.58 | $16,841.07 |
| 01/22/2015 | 5008 | Discover Bank | Final Account Number: ; Claim #: 5; Dividend: 4.81; Amount Allowed: 7,644.18; Notes: ; Account Number: ; Distribution Dividend: {$v | 7100-000 | | $1,190.01 | $15,651.06 |
| 01/22/2015 | 5009 | First National Bank of Omaha | Final Account Number: ; Claim #: 6; Dividend: 3.03; Amount Allowed: 4,819.97; Notes: ; Account Number: ; Distribution Dividend: {$v | 7100-000 | | $750.35 | $14,900.71 |
| 01/22/2015 | 5010 | First National Bank of Omaha | Final Account Number: ; Claim #: 7; Dividend: 1.78; Amount Allowed: 2,839.52; Notes: ; Account Number: ; Distribution Dividend: {$v | 7100-000 | | $442.04 | $14,458.67 |
| | | | | **SUBTOTALS** | $15,861.00 | $10,595.52 | |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 12-21867 | | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|---|
| Case Name: | KOSTALEK, RAYMOND J AND KOSTALEK, JOYCE A | | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***4998 | | | Checking Acct #: | ******6701 |
| Co-Debtor Taxpayer ID #: | **-***4999 | | | Account Title: | |
| For Period Beginning: | 5/30/2012 | | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 4/10/2015 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 01/22/2015 | 5011 | First National Bank of Omaha | Final Account Number: ; Claim #: 8; Dividend: 2.78; Amount Allowed: 4,424.27; Notes: ; Account Number: ; Distribution Dividend: {$v | 7100-000 | | $688.75 | $13,769.92 |
| 01/22/2015 | 5012 | FIA CARD SERVICES, N.A. | Final Account Number: ; Claim #: 9; Dividend: 3.04; Amount Allowed: 4,831.95; Notes: ; Account Number: ; Distribution Dividend: {$v | 7100-000 | | $752.22 | $13,017.70 |
| 01/22/2015 | 5013 | FIA CARD SERVICES, N.A. | Final Account Number: ; Claim #: 10; Dividend: 0.37; Amount Allowed: 595.11; Notes: ; Account Number: ; Distribution Dividend: {$v | 7100-000 | | $92.64 | $12,925.06 |
| 01/22/2015 | 5014 | American InfoSource LP as agent for | Final Account Number: ; Claim #: 11; Dividend: 2.31; Amount Allowed: 3,672.76; Notes: ; Account Number: ; Distribution Dividend: {$v | 7100-000 | | $571.76 | $12,353.30 |
| 01/22/2015 | 5015 | Capital One Bank (USA), N.A. | Final Account Number: ; Claim #: 12; Dividend: 3.56; Amount Allowed: 5,652.52; Notes: ; Account Number: ; Distribution Dividend: {$v | 7100-000 | | $879.96 | $11,473.34 |
| 01/22/2015 | 5016 | Capital One Bank (USA), N.A. | Final Account Number: ; Claim #: 13; Dividend: 5.97; Amount Allowed: 9,482.05; Notes: ; Account Number: ; Distribution Dividend: {$v | 7100-000 | | $1,476.12 | $9,997.22 |
| 01/22/2015 | 5017 | Capital One Bank (USA), N.A. | Final Account Number: ; Claim #: 14; Dividend: 1.16; Amount Allowed: 1,852.80; Notes: ; Account Number: ; Distribution Dividend: {$v | 7100-000 | | $288.44 | $9,708.78 |
| 01/22/2015 | 5018 | Capital One Bank (USA), N.A. | Final Account Number: ; Claim #: 15; Dividend: 4.07; Amount Allowed: 6,460.69; Notes: ; Account Number: ; Distribution Dividend: {$v | 7100-000 | | $1,005.77 | $8,703.01 |
| 01/22/2015 | 5019 | American Express Centurion Bank | Final Account Number: ; Claim #: 16; Dividend: 0.62; Amount Allowed: 999.00; Notes: (16-1) CREDIT CARD DEBT; Account Number: ; Distribution Dividend: {$v | 7100-000 | | $155.52 | $8,547.49 |
| | | | **SUBTOTALS** | | $0.00 | $5,911.18 | |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 12-21867 | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|
| Case Name: | KOSTALEK, RAYMOND J AND KOSTALEK, JOYCE A | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***4998 | | Checking Acct #: | ******6701 |
| Co-Debtor Taxpayer ID #: | **-***4999 | | Account Title: | |
| For Period Beginning: | 5/30/2012 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 4/10/2015 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 01/22/2015 | 5020 | American Express Bank, FSB | Final Account Number: ; Claim #: 17; Dividend: 15.80; Amount Allowed: 25,074.19; Notes: (17-1) CREDIT CARD DEBT; Account Number: ; Distribution Dividend: {$v | 7100-000 | | $3,903.43 | $4,644.06 |
| 01/22/2015 | 5021 | American Express Bank, FSB | Final Account Number: ; Claim #: 18; Dividend: 0.75; Amount Allowed: 1,205.17; Notes: (18-1) CREDIT CARD DEBT; Account Number: ; Distribution Dividend: {$v | 7100-000 | | $187.62 | $4,456.44 |
| 01/22/2015 | 5022 | PYOD, LLC its successors and assigns as assignee | Final Account Number: ; Claim #: 1; Dividend: 7.40; Amount Allowed: 11,742.40; Notes: ; Account Number: ; Distribution Dividend: {$v | 7100-000 | | $1,828.00 | $2,628.44 |
| 01/22/2015 | 5023 | PYOD, LLC its successors and assigns as assignee | Final Account Number: ; Claim #: 2; Dividend: 0.32; Amount Allowed: 515.69; Notes: ; Account Number: ; Distribution Dividend: {$v | 7100-000 | | $80.28 | $2,548.16 |
| 01/22/2015 | 5024 | PYOD, LLC its successors and assigns as assignee | Final Account Number: ; Claim #: 3; Dividend: 10.46; Amount Allowed: 16,599.80; Notes: ; Account Number: ; Distribution Dividend: {$v | 7100-000 | | $2,584.18 | ($36.02) |
| 01/23/2015 | | Green Bank | Reverse bank fee from November 2014 | 2600-000 | | ($36.02) | $0.00 |

| | | | | SUBTOTALS | $0.00 | $8,547.49 |
|---|---|---|---|---|---|---|

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 12-21867 | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|
| Case Name: | KOSTALEK, RAYMOND J AND KOSTALEK, JOYCE A | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***4998 | | Checking Acct #: | ******6701 |
| Co-Debtor Taxpayer ID #: | **-***4999 | | Account Title: | |
| For Period Beginning: | 5/30/2012 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 4/10/2015 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  |  |  | **TOTALS:** | | $25,431.87 | $25,431.87 | $0.00 |
|---|---|---|---|---|---|---|---|
|  |  |  | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
|  |  |  | **Subtotal** | | $25,431.87 | $25,431.87 | |
|  |  |  | Less: Payments to debtors | | $0.00 | $0.00 | |
|  |  |  | **Net** | | $25,431.87 | $25,431.87 | |

**For the period of 5/30/2012 to 4/10/2015**

| | |
|---|---|
| Total Compensable Receipts: | $28,195.87 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $28,195.87 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $28,195.87 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $28,195.87 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 08/28/2012 to 4/10/2015**

| | |
|---|---|
| Total Compensable Receipts: | $28,195.87 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $28,195.87 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $28,195.87 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $28,195.87 |
| Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 6      Exhibit 9

| Case No. | 12-21867 | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|
| Case Name: | KOSTALEK, RAYMOND J AND KOSTALEK, JOYCE A | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***4998 | | Checking Acct #: | ******6701 |
| Co-Debtor Taxpayer ID #: | **-***4999 | | Account Title: | |
| For Period Beginning: | 5/30/2012 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 4/10/2015 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
|  |  | $25,431.87 | $25,431.87 | $0.00 |

**For the period of 5/30/2012 to 4/10/2015**

| | |
|---|---|
| Total Compensable Receipts: | $28,195.87 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $28,195.87 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $28,195.87 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $28,195.87 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 05/30/2012 to 4/10/2015**

| | |
|---|---|
| Total Compensable Receipts: | $28,195.87 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $28,195.87 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $28,195.87 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $28,195.87 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ HORACE FOX, JR.

HORACE FOX, JR.